

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 14 A 8: 32

LORETTA G. WHYTE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**MORRIS REESE CRATER**                                    **CIVIL ACTION**

**VERSUS**                                                 **NO. 00-380**

**MORGAN CITY POLICE DEP'T ET AL.**                        **SECTION "T" (5)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the above-captioned matter be and hereby is **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this 13th day of March, 2000.

DATE OF ENTRY
MAR 1 5 2000

_____
UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No. ___